United States District Court for the
Western District of Louisiana

Howard White
#18503-078
Pro Se Petitioner

RECEIVED
AUG 3 0 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

V.

USP Pollock
Warden Cox
Federal Bureau of Prisons
Defendants

Pro Se Motion Pursuant
§ 2241

Constitutional Rights Violation

This action is being brought Pro Se as a petition to cure constitutional rights violation pursuant § 2241. I respectfully request that it be filed and reviewed.

## Background

On March 22, 2023 I was admitted into B-Unit for security reasons I was placed immediately in Special Housing Unit. During this time USP Pollock was transitioning a general population housing unit into a S.H.U. overflow unit but failed to provide me the same privileges/treatment as every other S.H.U. inmate housed throughout the Federal

(1)

Bureau of Prisons.

### Ground 1
### Restricted access to the Law Library and Courts.

From March 22, 2023 up until August 2, 2023 there was no access to the Law Library. This did crucially effect my ability to review recent Supreme Court rulings, that could determine the status of my freedom. In fact the recent United States Supreme Court decision did directly apply to me. Due only to word of mouth news throughout the inmate population was I able to submit the proper documents to avoid being time barred. By law all inmates are to have unrestricted access to the Courts / Law Library.

### Ground 2
### Denial of Recreation

From March 22, 2023 until this day August 24 2023 I have been denied recreation. By law all inmates are permitted (1) hour per day for recreational purposes. This issue was constantly expressed to Warden Cox and other administrative staff members. They blatantly lied to me stating that the regional office gave them permission to not provide recreation. It was clearly explained that the regional office does not have right to restrict a constitutional right and nothing was done. I tried to obtain the necessary forms to start the administrative process and

(2)

was denied, so I had to file this § 2241 motion to get my issue heard.

### Conclusion

The above stated constitutional rights violations are clear and can be easily verified. They are also grounds under the 8th amendment for review of cruel and unusual punishment.

I declare under the pains and penalties of perjury that the foregoing is true and correct.

Executed on this 24th day of August, 2023 All Rights Reserved.

Howard White

Howard White #18503-078

RECEIVED
AUG 30 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

To: Clerk of Courts for Western District of Louisiana
From: Howard White # 18503-078
U.S.P. Pollock
P.O. Box 2099
Pollock, Louisiana 71467

Date: August 24, 2023
Subject: § 2241 Motion

I submit this Pro Se § 2241 motion due to the violation of my Constitutional Rights. I have tried to obtain the proper forms from this office but it has been 60 days since my letter left this institution and I still do not have a reply. I believe that my mail is being tampered with to hinder me from filing a complaint. On May 11, 2023 your office mailed me an response to case # 1:22-CV-06230 sec P which I did not receive until July 31 2023 an it made me time barred on the matter thats why the courts did not receive any type of response to my claim. I will designate this letter legal mail and seal it prior to giving it to correctional staff. I ask that this court fill and process this motion. I thank you for your time and patience regarding this matter.

Respectfully,

Howard White