UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **HOWARD JAMES WHITE #18503-078** | **CASE NO. 1:22-CV-06230 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **WARDEN U S P POLLOCK** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 23), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition and Motion (ECF Nos. 11, 20) are DENIED and DISMISSED WITHOUT PREJUDCE.

Additionally, the Court notes the copy of the report and recommendation mailed March 8, 2024 to Mr. Howard James White at USP Pollock was marked Return to Sender, Refused - Unable to Forward, and returned to the Clerk of Court on March 18, 2024, but no correction to Defendant's address has been received by the Court. This is another reason for dismissal. Accordingly,

**IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE.**

**THUS, ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana, on this 25th day of March 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT JUDGE